THE BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 1 OF THE TOWN OF WATERFORD, Respondent, *v.* ALEXANDER CUNNINGHAM, Impleaded, etc., Appellant.

(Argued June 19, 1893; decided October 3, 1893.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made February 14, 1893, which denied a motion to dismiss an appeal by plaintiff herein.

*G. B. Wellington* for appellant.

*J. W. Houghton* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

LOUISA S. ADAMS, Respondent, *v.* ANTHONY N. BRADY, as Administrator, etc., Appellant.

(Submitted June 19, 1893; decided October 3, 1893.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made February 15, 1893, which affirmed an order of Special Term setting aside the report of a referee and granting a new trial.

*Andrew Hamilton* for appellant.

*Alden Chester* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.